UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D.J.C.V, a minor, and Mr. C., <br><br> *Petitioners*, <br><br> v. <br><br> U.S. Immigration and Customs Enforcement, *et al.*, <br><br> *Respondents*. | No. 18 Civ. 9115 (AKH) <br><br> **ORDER** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/18

ALVIN K. HELLERSTEIN, U.S.D.J.:

Earlier today the Court ordered the government to release D.J.C.V. to his father immediately. *See* ECF No. 21. The parties have conferred and agreed on a location for the release of petitioner D.J.C.V., to occur today, October 15, 2018.

SO ORDERED.

Dated: October 15, 2018
       New York, New York

ALVIN K. HELLERSTEIN
United States District Judge